UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTHEAST GEORGIA MEDICAL CENTER, et al.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 2:21-CV-125-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motions to Dismiss First Amended Complaint, and the Court having granted said motions, it is

**Ordered and Adjudged** that this action, and the same hereby, is dismissed. Plaintiff's claims against Defendants Northeast Georgia Medical Center and the City of Tallahassee are **dismissed without prejudice** and Plaintiff's claims against Denihan Hospitality Group are **dismissed without prejudice** for failure to effectuate service.

Dated at Gainesville, Georgia, this 8th day of September, 2022.

                                                                  KEVIN P. WEIMER
                                                                  CLERK OF COURT

                                               By: *s/D. McGoldrick*
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 8, 2022
Kevin P. Weimer
Clerk of Court

By: *s/D. McGoldrick*
      Deputy Clerk