UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MAURA O'NEILL,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTHEAST GEORGIA MEDICAL CENTER, et al.,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 2:21-CV-125-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the Court having granted said motions, it is

**Ordered and Adjudged** that Counts I, II, III, IV, VI, VII and VIII of Plaintiff's Complaint are **dismissed without prejudice** and Count V of Plaintiff's Complaint is **dismissed with prejudice.** Further, Plaintiff's claims against Denihan Hospitality Group are **dismissed without prejudice.**

Dated at Gainesville, Georgia, this 21st day of April, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. McGoldrick
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 21, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ D. McGoldrick
        Deputy Clerk